O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK GAVIN CHURCH,<br><br>             Plaintiff,<br><br>      v.<br><br>LEGACY IMAGING, DAY IMAGING,<br>FRANK DAY, CHARLES DUKE, DAN<br>MILLER, JACQUELINE LOPEZ,<br><br>             Defendants.<br>_____ | Case No. CV 08-00011 DDP (CWx)<br><br>**ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE REMANDED TO STATE COURT FOR LACK OF SUBJECT MATTER JURISDICTION** |

   The Court orders the parties to show cause why this action should not be remanded to state court for lack of diversity jurisdiction.  Plaintiff Patrick Gavin Church brought suit against Defendants Legacy Imaging, Day Imaging, Frank Day, Charles Duke, Dan Miller, and Jacqueline Lopez in California State Court, alleging state claims for violations of various California Labor Codes for breach of oral contract.  Defendants removed to federal district court on the basis of diversity jurisdiction.

///

///

It is not clear to the Court that the parties are completely diverse or that the amount in controversy equals or exceeds $75,000 as required to establish diversity jurisdiction under 28 U.S.C. § 1332. Specifically, the Court requests briefing on whether the Defendant Jacqueline Lopez is fraudulently joined and whether the amount in controversy exceeds the $75,000 threshold.

Accordingly, the Court orders the parties to file cross-briefs, not to exceed ten pages, by Monday, February 25, 2008, to show cause why this action should not be remanded to state court for failure to satisfy the diversity requirement. The parties should also deliver a courtesy copy to chambers, Room 244-J, Second Floor, 312 N. Spring Street, Los Angeles. If a party does not file a brief, the Court will regard that party as not opposing remand to state court of this matter. A hearing is scheduled on this matter for March 17, 2008, at 10 a.m.

IT IS SO ORDERED.

Dated: February 13, 2008

DEAN D. PREGERSON
United States District Judge